# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Reading)

| | |
|---|---|
| IN RE:<br>KENDRA BOYKIN aka Kendra Dade<br>　　Debtor | Case No. 22-11741-pmm |
| Lakeview Loan Servicing, LLC,<br>　　Movant | Chapter 13 |
| vs.<br>KENDRA BOYKIN aka Kendra Dade<br>　　And<br>Christopher Boykin, (NON-FILING CO-DEBTOR)<br>　　Respondents | 11 U.S.C. §362 and §1301 |

## ORDER

**AND NOW**, this __19th__ day of __April_____, 2023, it is hereby **ORDERED** that the corresponding Stipulation is hereby approved, shall be, and is hereby made an Order of this Court.

*Patricia M. Mayer*
_____
Honorable Patricia M. Mayer
United States Bankruptcy Judge