**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Kendra Boykin a/k/a Kendra Dade | CHAPTER 13 |
| Debtor(s) | |
| | BKY. NO. 22-11741 PMM |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of Lakeview Loan Servicing, LLC and index same on the master mailing list.

      Respectfully submitted,

/s/ *Michael Farrington*
Michael Farrington
06 Jun 2023, 13:39:45, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322

Document ID: aaf03fd0f2bfd379ca49bd3204ac94c56dec27b3c097d7bf9182e26d6d75c30e