| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
**Chapter 13 Case No. 22-11741-PMM**

Kendra Boykin
5 Kerr Road
Reading  PA    19606

Petition Filed Date: 07/01/2022
341 Hearing Date: 08/02/2022
Confirmation Date: 05/18/2023

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/26/2022 | $677.00 | | 09/06/2022 | $677.00 | | 09/26/2022 | $677.00 | |
| 10/05/2022 | $677.00 | | 10/26/2022 | $677.00 | | 11/04/2022 | $677.00 | |
| 11/29/2022 | $677.00 | | 12/05/2022 | $677.00 | | 01/04/2023 | $678.00 | |
| 04/10/2023 | $1,000.00 | | 04/26/2023 | $677.00 | | 05/02/2023 | $70.00 | |
| 05/31/2023 | $1,000.00 | | 06/07/2023 | $355.00 | | | | |

**Total Receipts for the Period: $9,196.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $10,396.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS ||||||
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | MICHAEL A LATZES ESQ | Attorney Fees | $3,100.00 | $3,100.00 | $0.00 |
| 1 | NAVY FEDERAL CREDIT UNION »» 001 | Unsecured Creditors | $994.65 | $0.00 | $994.65 |
| 2 | LVNV FUNDING LLC »» 002 | Unsecured Creditors | $565.27 | $0.00 | $565.27 |
| 3 | EXETER FINANCE CORPORATION »» 03S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | LVNV FUNDING LLC »» 004 | Unsecured Creditors | $2,398.11 | $0.00 | $2,398.11 |
| 5 | BRIDGECREST CREDIT COMPANY LLC »» 05S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | BRIDGECREST CREDIT COMPANY LLC »» 05U | Unsecured Creditors | $3,097.18 | $0.00 | $3,097.18 |
| 7 | AMERICAN FIRST FINANCE »» 006 | Unsecured Creditors | $4,476.96 | $0.00 | $4,476.96 |
| 8 | JEFFERSON CAPITAL SYSTEMS LLC »» 007 | Unsecured Creditors | $352.83 | $0.00 | $352.83 |
| 9 | NATIONSTAR MORTGAGE LLC »» 008 | Mortgage Arrears | $71,504.15 | $4,583.14 | $66,921.01 |
| 10 | EXETER FINANCE CORPORATION »» 03U | Unsecured Creditors | $12,617.87 | $0.00 | $12,617.87 |
| 11 | NATIONSTAR MORTGAGE LLC »» 08P | Mortgage Arrears | $11,641.26 | $746.16 | $10,895.10 |

Chapter 13 Case No. 22-11741-PMM

**SUMMARY**

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $10,396.00 | Current Monthly Payment: | $1,762.00 |
| Paid to Claims: | $8,429.30 | Arrearages: | $2,704.00 |
| Paid to Trustee: | $874.70 | Total Plan Base: | $95,914.00 |
| Funds on Hand: | $1,092.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.