United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 22-11741-pmm
Kendra Boykin  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 3
Date Rcvd: Sep 21, 2023      Form ID: 167      Total Noticed: 28

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 23, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kendra Boykin, 5 Kerr Road, Reading, PA 19606-9701 |
| cr | + | Lakeview Loan Servicing, LLC. enote vesting-- Nati, P.O. Box 619096, Dallas, TX 75261-9096 |
| 14703278 | + | Christopher Boykin, 5 Kerr Road, Reading, PA 19606-9701 |
| 14743549 | + | Exeter Finance LLC, c/o William E. Craig, Esquire, Morton & Craig, LLC, 110 Marter Ave. Suite 301, Moorestown, NJ 08057-3125 |
| 14703280 | + | Jeff Caleagno, Esquire, Brock & Scott, 302 Fellowship Road, Suite 130, Mount Laurel, NJ 08054-1218 |
| 14716743 | + | Lakeview Loan Servicing ,et al, P.O. Box 619096, Dallas , TX 75261-9096 |
| 14788457 | + | Lakeview Loan Servicing, LLC, c/o Michael Farrington, Esq., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14717231 | + | Lakeview Loan Servicing, LLC, c/o Christopher A. DeNardo, LOGS Legal Group LLP, 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |
| 14733134 | + | Lakeview Loan Servicing, LLC, c/o Matthew K. Fissel, Esq., 8757 Red Oak Boulevard, Suite 150, Charlotte, NC 28217-3977 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 21 2023 23:59:22 | Bridgecrest Acceptance Corporation, c/o AIS Portfo, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 21 2023 23:48:24 | Exeter Finance LLC, c/o AIS Portfolio Services, LL, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14715927 | | Email/PDF: bncnotices@becket-lee.com | Sep 21 2023 23:58:54 | American First Finance, LLC, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 14703277 | + | Email/Text: rm-bknotices@bridgecrest.com | Sep 21 2023 23:46:00 | Bridge Crest, 7300 E. Hampton Ave., Attn: Bankruptcy Dept., Mesa, AZ 85209-3324 |
| 14704154 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 21 2023 23:48:24 | Bridgecrest Acceptance Corporation, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14715908 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 21 2023 23:58:46 | Bridgecrest Acceptance Corporation c/o AIS Portfol, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14703279 | + | Email/PDF: acg.exeter.ebn@aisinfo.com | Sep 21 2023 23:59:35 | Exeter Finance, P.O. BOX 166008, Attn: Bankruptcy Dept., Irving, TX 75016-6008 |
| 14703866 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 21 2023 23:59:39 | Exeter Finance LLC, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14743227 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 21 2023 23:59:30 | Exeter Finance LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14710428 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 21 2023 23:47:37 | Exeter Finance LLC c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14719454 | | Email/Text: JCAP_BNC_Notices@jcap.com | | |

District/off: 0313-4 | User: admin | Page 2 of 3
Date Rcvd: Sep 21, 2023 | Form ID: 167 | Total Noticed: 28

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Sep 21 2023 23:46:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 14706011 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 21 2023 23:48:30 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14703281 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 21 2023 23:46:00 | Lakeview Loan Servicing, LLC, c/o Mr. Cooper, 8950 Cypress Waters Blvd., Attn: Bankruptcy Dept., Coppell, TX 75019-4620 |
| 14788226 | ^ | MEBN | Sep 21 2023 23:41:06 | Lakeview Loan Servicing, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14733007 | + | Email/Text: EBN@brockandscott.com | Sep 21 2023 23:46:00 | Lakeview Loan Servicing, LLC, C/O Brock and Scott, PLLC, Attorneys at Law, 8757 Red Oak Blvd., Suite 150, Charlotte, NC 28217-3977 |
| 14733008 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 21 2023 23:46:00 | Mr. Cooper, 8950 Cypress Waters Boulevard, Coppell, Texas 75019-4620 |
| 14703282 | | Email/Text: ext_ebn_inbox@navyfederal.org | Sep 21 2023 23:46:00 | Navy Federal Credit Union, 1 Security Place, Attn: Bankruptcy Dept., Merrifield, VA 22116 |
| 14705050 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Sep 21 2023 23:46:00 | Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 14703575 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 21 2023 23:47:36 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14716991 | | Lakeview Loan Servicing ,et al |
| 14720084 | | Lakeview Loan Servicing, LLC |
| cr | *+ | Exeter Finance LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2023     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 21, 2023 at the address(es) listed below:

**Name** | **Email Address**
ANDREW L. SPIVACK
on behalf of Creditor LAKEVIEW LOAN SERVICING LLC andrew.spivack@brockandscott.com, wbecf@brockandscott.com

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 3 of 3 |
| Date Rcvd: Sep 21, 2023 | Form ID: 167 | Total Noticed: 28 |

CHRISTOPHER A. DENARDO
    on behalf of Creditor Lakeview Loan Servicing  LLC. enote vesting-- Nationstar Mortgage LLC logsecf@logs.com

DENISE ELIZABETH CARLON
    on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com

MATTHEW K. FISSEL
    on behalf of Creditor Lakeview Loan Servicing  LLC. enote vesting-- Nationstar Mortgage LLC wbecf@brockandscott.com, matthew.fissel@brockandscott.com

MICHAEL A. LATZES
    on behalf of Debtor Kendra Boykin efiling@mlatzes-law.com

MICHAEL PATRICK FARRINGTON
    on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC mfarrington@kmllawgroup.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
    on behalf of Creditor Exeter Finance LLC ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

TOTAL: 9

Case 22-11741-pmm    Doc 95    Filed 09/23/23    Entered 09/24/23 00:31:54    Desc Imaged
Certificate of Notice    Page 3 of 4

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Kendra Boykin
    Debtor(s)

Case No: 22−11741−pmm

Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Patricia M. Mayer , United States Bankruptcy Judge to consider:

Objection to Certification of Default filed by Creditor LAKEVIEW LOAN SERVICING, LLC Filed by Kendra Boykin

on: 10/5/23

at: 11:00 AM

in: 201 Penn Street, 4th Floor, Reading, PA 19601

For The Court

Date: 9/21/23

Timothy B. McGrath
Clerk of Court

94 − 93
Form 167