United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-11741-pmm |
| Kendra Boykin | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 3 |
| Date Rcvd: Nov 09, 2023 | Form ID: pdf900 | Total Noticed: 30 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^            Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 11, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kendra Boykin, 5 Kerr Road, Reading, PA 19606-9701 |
| cr | + | Lakeview Loan Servicing, LLC. enote vesting-- Nati, P.O. Box 619096, Dallas, TX 75261-9096 |
| 14703278 | + | Christopher Boykin, 5 Kerr Road, Reading, PA 19606-9701 |
| 14743549 | + | Exeter Finance LLC, c/o William E. Craig, Esquire, Morton & Craig, LLC, 110 Marter Ave. Suite 301, Moorestown, NJ 08057-3125 |
| 14703280 | + | Jeff Caleagno, Esquire, Brock & Scott, 302 Fellowship Road, Suite 130, Mount Laurel, NJ 08054-1218 |
| 14716743 | + | Lakeview Loan Servicing ,et al, P.O. Box 619096, Dallas , TX 75261-9096 |
| 14717231 | + | Lakeview Loan Servicing, LLC, c/o Christopher A. DeNardo, LOGS Legal Group LLP, 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |
| 14788457 | + | Lakeview Loan Servicing, LLC, c/o Michael Farrington, Esq., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14733134 | + | Lakeview Loan Servicing, LLC, c/o Matthew K. Fissel, Esq., 8757 Red Oak Boulevard, Suite 150, Charlotte, NC 28217-3977 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Nov 10 2023 00:25:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Nov 10 2023 00:26:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 10 2023 00:38:25 | Bridgecrest Acceptance Corporation, c/o AIS Portfo, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 10 2023 00:38:12 | Exeter Finance LLC, c/o AIS Portfolio Services, LL, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14715927 | | Email/PDF: bncnotices@becket-lee.com | Nov 10 2023 00:38:32 | American First Finance, LLC, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 14703277 | + | Email/Text: rm-bknotices@bridgecrest.com | Nov 10 2023 00:26:00 | Bridge Crest, 7300 E. Hampton Ave., Attn: Bankruptcy Dept., Mesa, AZ 85209-3324 |
| 14704154 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 10 2023 00:38:25 | Bridgecrest Acceptance Corporation, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14715908 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 10 2023 00:55:08 | Bridgecrest Acceptance Corporation c/o AIS Portfol, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14703279 | + | Email/PDF: acg.exeter.ebn@aisinfo.com | Nov 10 2023 00:38:35 | Exeter Finance, P.O. BOX 166008, Attn: Bankruptcy Dept., Irving, TX 75016-6008 |
| 14703866 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 10 2023 00:38:24 | Exeter Finance LLC, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14743227 | + | Email/PDF: acg.acg.ebn@aisinfo.com | | |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Nov 10 2023 00:55:00 | Exeter Finance LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14710428 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 10 2023 00:54:38 | Exeter Finance LLC c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14719454 | | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 10 2023 00:26:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 14706011 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 10 2023 00:38:44 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14703281 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 10 2023 00:25:00 | Lakeview Loan Servicing, LLC, c/o Mr. Cooper, 8950 Cypress Waters Blvd., Attn: Bankruptcy Dept., Coppell, TX 75019-4620 |
| 14788226 | ^ | MEBN | Nov 10 2023 00:23:08 | Lakeview Loan Servicing, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14733007 | + | Email/Text: EBN@brockandscott.com | Nov 10 2023 00:25:00 | Lakeview Loan Servicing, LLC, C/O Brock and Scott, PLLC, Attorneys at Law, 8757 Red Oak Blvd., Suite 150, Charlotte, NC 28217-3977 |
| 14733008 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 10 2023 00:25:00 | Mr. Cooper, 8950 Cypress Waters Boulevard, Coppell, Texas 75019-4620 |
| 14703282 | | Email/Text: ext_ebn_inbox@navyfederal.org | Nov 10 2023 00:26:00 | Navy Federal Credit Union, 1 Security Place, Attn: Bankruptcy Dept., Merrifield, VA 22116 |
| 14705050 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Nov 10 2023 00:26:00 | Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 14703575 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 10 2023 00:38:24 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14716991 | | Lakeview Loan Servicing ,et al |
| 14720084 | | Lakeview Loan Servicing, LLC |
| cr | *+ | Exeter Finance LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 11, 2023    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

| | | | |
|---|---|---|---|
| District/off: 0313-4 | User: admin | | Page 3 of 3 |
| Date Rcvd: Nov 09, 2023 | Form ID: pdf900 | | Total Noticed: 30 |

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 9, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| CHRISTOPHER A. DENARDO | on behalf of Creditor Lakeview Loan Servicing LLC. enote vesting-- Nationstar Mortgage LLC logsecf@logs.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com |
| MATTHEW K. FISSEL | on behalf of Creditor Lakeview Loan Servicing LLC. enote vesting-- Nationstar Mortgage LLC wbecf@brockandscott.com, matthew.fissel@brockandscott.com |
| MICHAEL A. LATZES | on behalf of Debtor Kendra Boykin efiling@mlatzes-law.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC mfarrington@kmllawgroup.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor Exeter Finance LLC ecfmail@mortoncraig.com mortoncraigecf@gmail.com |

TOTAL: 9

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Kendra Boykin<br><br>              Debtor | Chapter 13<br><br>Bankruptcy No. 22-11741-PMM |

### ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: November 9, 2023**    PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE