1 of 2

12/26/24

Kendra T. Boykin (Dade)
5 Kerr Rd.
Reading Pa 19606

FILED
DEC 30 2024
TIMOTHY McGRATH, CLERK
BY _____ DEP. CLERK

Dear Clerk:

I am writting to you because an entry is appearing on my credit report which states that I filed bankruptcy in your court.
Could you please explain to me how this might occur? From my understanding only the last 4 digits of a debtor's social security number is released to third party's. Under the Federal Rules of Bankruptcy Procedure am I correct?

Does the U.S. Bankruptcy Court Eastern District of Pennsylvania release information about debtor bankruptcies to any third party's such as: TransUnion, Experian, Equifax, LexisNexis, Innovis, ARS ETC....?

2 of 2

12/26/24

Any Information you can provide to me would be greatly appreciated.

Sincerly,
Kendra T. Boykin

*Kendra T. Boykin* (signature)



Kendra T. Boykin
5 Herr Rd.
Reading Pa 19606

2024 DEC 30  PM 2:02

U.S. Bankruptcy Court
Eastern District of Pa.
The Gateway Building
201 Penn St.
Suite #103
Reading Pa. 19601

CERTIFIED MAIL

9589 0710 5270 1696 6018 75


Retail

RDC 99

19601

DEC 30 2024

U.S. POSTAGE P
FCM LETTER
READING, PA 19
DEC 26, 2024

$5.58
S2324D502595-5