United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-11741-pmm |
| Kendra Boykin | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 02, 2025 | Form ID: 235 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 04, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Kendra Boykin, 5 Kerr Road, Reading, PA 19606-9701 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Jan 04, 2025 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 2, 2025 at the address(es) listed below:**

**Name**       **Email Address**

ANDREW L. SPIVACK
    on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC andrew.spivack@brockandscott.com, wbecf@brockandscott.com

CHRISTOPHER A. DENARDO
    on behalf of Creditor Lakeview Loan Servicing  LLC. enote vesting-- Nationstar Mortgage LLC logsecf@logs.com

DENISE ELIZABETH CARLON
    on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com

MATTHEW K. FISSEL
    on behalf of Creditor Lakeview Loan Servicing  LLC. enote vesting-- Nationstar Mortgage LLC wbecf@brockandscott.com, matthew.fissel@brockandscott.com

MICHAEL A. LATZES
    on behalf of Debtor Kendra Boykin efiling@mlatzes-law.com

MICHAEL PATRICK FARRINGTON

District/off: 0313-4 | User: admin | Page 2 of 2
Date Rcvd: Jan 02, 2025 | Form ID: 235 | Total Noticed: 1

    on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC tue67813@temple.edu

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
    on behalf of Creditor Exeter Finance LLC wcraig@egalawfirm.com  mortoncraigecf@gmail.com;alapinski@egalawfirm.com

TOTAL: 9

*Form 235* (3/23)−doc 106

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
|    Kendra Boykin | ) | Case No. 22−11741−pmm |
|    aka Kendra Dade | ) | |
| | ) | |
|    Debtor(s). | ) | Chapter: 13 |
| | ) | |
| | ) | |

### Notice to debtor(s) in re: credit reporting

    In reply to your letter, the Bankruptcy Court **does not report information** to any of the credit reporting agencies. The credit reporting agencies, however, collect information regarding bankruptcy cases directly from the court's **public** records. Bankruptcy petitions, schedules, and other documents are public records. Regardless of the disposition of your case (i.e., open, closed, discharged, dismissed, etc.) the credit reporting agencies can report your case on your credit report for up to ten years.

    The Bankruptcy Court is unable to assist you with removing or correcting information listed on your credit report.

    For more information, please visit the following webpage:
    (https://www.paeb.uscourts.gov/credit−reporting−and−court−records)


Date: January 2, 2025                                                                                   For The Court

                                                                                                                         Timothy B. McGrath
                                                                                                                           Clerk of Court